FILED
CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 JUL 12 P 3:42

U.S. DISTRICT COURT
DISTRICT OF MASS.

Emilio Ramos
Reg.#35179-054
U.S. Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

Honorable Douglas P. Woodlock
United States District Judge
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

July 8, 2004

Re: Crim. Dkt. No.93-10253-WD
    Civil Action No.98-11857-DPW
              No.CA-00-10135-DPW

Dear Your Honor:

   Please construe this letter as a "Writ for error coram nobis" in the above criminal proceeding in which I would like to test the legality of my conviction.

   Please understand that this matter is due in part related to the proceedings before your court on May 12, 2000. Since then I have been attempting to contact my court appointed counsel (Liz Prevett) to inform her of how to contact me and of my new arrest since then.

   On January 22, 2001, I wrote a letter to Mr. Charles Dotson of the United States Probation Office requesting the address of my court appointed attorney who Mr. Dotson had been in contact with on this case, but I have not received a response.

   My request is that the Court issue an order to the U.S. Probation Agent to furnish me with the address of my counsel and issue an order to stay these proceedings until an adequate response or motion can be filed by counsel in the interest of the legality of my conviction.

Respectfully Submitted,

*Emilio Ramos*
Emilio Ramos