UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EMILIO RAMOS,                          )
        Petitioner,            )
                       )
        v.                     ) C.A. No.  04-11805-DPW
                       )
UNITED STATES OF AMERICA,    )
        Respondent.            )

ORDER RE: PROCEEDING WITHOUT PAYMENT OF FILING FEE

Now before this Court is the question whether the

Petitioner, Emilio Ramos, may proceed with this Petition for

Writ of Coram Nobis without the prepayment of filing fees.

This Court deems this Petition for Writ of Coram Nobis as

the functional equivalent of a motion to vacate, set aside, or

correct sentence pursuant to 28 U.S.C. §2255, as to which no

filing fee has customarily been levied.

Accordingly, it is ORDERED that no filing fee shall be

assessed to the Petitioner in this action.

Dated at Boston, Massachusetts, this 21st day of December,

2004.

                              /s/ Douglas P. Woodlock
                              DOUGLAS P. WOODLOCK
                              UNITED STATES DISTRICT JUDGE