```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

EMILIO RAMOS,                   )
          Petitioner,           )
                                )
     v.                         ) C.A. No.  04-11805-DPW
                                )
UNITED STATES OF AMERICA,       )
          Respondent.           )
```

ORDER OF DISMISSAL

In accordance with the Memorandum and Order dated December 22, 2004, dismissing the above captioned matter for the reasons stated therein, it is hereby ORDERED that the above captioned matter is dismissed.

By the Court,

/s/ Michelle Rynne
Deputy Clerk

December 22, 2004