```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
```

EMILIO RAMOS,                          )
        Petitioner,            )
                               )
        v.                     ) C.A. No. 04-11805-DPW
                               )
UNITED STATES OF AMERICA,              )
        Respondent.            )

### ORDER RE: PROCEEDING WITHOUT PAYMENT OF FILING FEE

Now before this Court is the question whether the Petitioner, Emilio Ramos, may proceed with this Petition for Writ of Coram Nobis without the prepayment of filing fees.

This Court deems this Petition for Writ of Coram Nobis as the functional equivalent of a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. §2255, as to which no filing fee has customarily been levied.

Accordingly, it is ORDERED that no filing fee shall be assessed to the Petitioner in this action.

Dated at Boston, Massachusetts, this <u>21st</u> day of <u>December</u>, 2004.

                            <u>/s/ Douglas P. Woodlock</u>
                            DOUGLAS P. WOODLOCK
                            UNITED STATES DISTRICT JUDGE

## Other Orders/Judgments

1:04-cv-11805-DPW Ramos v. United States of America

# United States District Court

# District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Greenberg, Rebecca entered on 12/22/2004 at 6:03 PM EST and filed on 12/22/2004
**Case Name:**        Ramos v. United States of America
**Case Number:**      1:04-cv-11805
**Filer:**
**Document Number:** 5

**Docket Text:**
Judge Douglas P. Woodlock : ORDER RE: PROCEEDING WITHOUT PAYMENT OF FILING FEE entered: This Court deems this Petition for Writ of Coram Nobis as the functional equivalent of a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. sec. 2255, as to which no filing fee has customarily been levied. Accordingly, it is ORDERED that no filing fee shall be assessed to the Petitioner in this action.(Greenberg, Rebecca)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=12/22/2004] [FileNumber=792119-0
] [b596d6f6905ff85062986ebef2aeed787e4055b8eba489e946dc2d3cf1572bddcbf
2d2cc2a71568bf2ad4be00d02701ae1df5719d63e8fe1a7c24414320867550]]

**1:04-cv-11805 Notice will be electronically mailed to:**

Robert L. Peabody     robert.peabody@usdoj.gov

**1:04-cv-11805 Notice will not be electronically mailed to:**

Emilio Ramos
PO Box 1000
Lewisburg, PA

```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

EMILIO RAMOS,                      )
        Petitioner,        )
                           )
      v.                   ) C.A. No.  04-11805-DPW
                           )
UNITED STATES OF AMERICA,          )
        Respondent.        )

## ORDER OF DISMISSAL

In accordance with the Memorandum and Order dated December 22, 2004, dismissing the above captioned matter for the reasons stated therein, it is hereby ORDERED that the above captioned matter is dismissed.

                                              By the Court,

                                              /s/ Michelle Rynne
                                              Deputy Clerk

December 22, 2004

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Emilio Ramos,

                Plaintiff,

    v.                                   Civil Action No. 04-11731-DPW

U.S.A.,

                Defendant.

ORDER ON APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

☐    GRANTED.

☒    DENIED for the following reason(s):
**The application to proceed without prepayment of fees is denied as moot because there is no filing fee for a motion filed pursuant to 28 U.S.C. § 2255.**

☐    The Clerk shall return the complaint to the undersigned for screening on the merits pursuant to 28 U.S.C. § 1915(e)(2) and summonses shall NOT issue pending the completion of screening on the merits.

☐    The Clerk shall issue summonses and the United States Marshal shall serve a copy of the summons, complaint, and this order upon defendant(s) as directed by plaintiff with all costs of service to be advanced by the United States.

SO ORDERED.


December 21, 2004                              /s/ Douglas P. Woodlock
DATE                                                 UNITED STATES DISTRICT JUDGE

**Other Orders/Judgments**
1:04-cv-11805-DPW Ramos v. United States of America

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Greenberg, Rebecca entered on 12/22/2004 at 6:08 PM EST and filed on 12/22/2004
**Case Name:**     Ramos v. United States of America
**Case Number:**    1:04-cv-11805
**Filer:**
**WARNING: CASE CLOSED on 12/22/2004**
**Document Number:** 6

**Docket Text:**
Judge Douglas P. Woodlock : ORDER entered:ORDER DISMISSING CASE(Greenberg, Rebecca)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=12/22/2004] [FileNumber=792125-0
] [9b45fe126dc81ba7853954bab2d3985b0107d18c35b308eed80a54b8eb35ce0825a
2910b889f300c1eefe6d43165fd6153e60ea9f14b583a80605fd31ff59bbb]]

**1:04-cv-11805 Notice will be electronically mailed to:**

Robert L. Peabody    robert.peabody@usdoj.gov

**1:04-cv-11805 Notice will not be electronically mailed to:**

Emilio Ramos
PO Box 1000
Lewisburg, PA

https://ecf.mad.circ1.dcn/cgi-bin/Dispatch.pl?113599785165451                    12/22/04